428 A.2d 239

Tomson et al., Appellants v. Blanchett et al.,
Trustees etc.

Argued November 12, 1979.  Samuel P. Kamin, for appellants;  Herbert B. Conner, for appellees.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Order affirmed.

428 A.2d 239

Wynhym v. Burholme Motors Inc., Appellant.

Argued March 19, 1980.  Carl G. Hahn, for appellant;  Ethel Wynhym, appellee, in propria persona.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.